JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMILIO S.,

       Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. 2:25-cv-09799-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: May 6, 2026

*Karen E. Scott*

KAREN E. SCOTT
United States Magistrate Judge

1